NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ERESEARCHTECHNOLOGY, INC.,
*Plaintiff-Appellant*

**v.**

CRF, INC., DBA CRF HEALTH,
*Defendant-Appellee*

---

2016-2281

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:15-cv-00918-NBF, Judge Nora Barry Fischer.

---

## JUDGMENT

---

EDWARD POPLAWSKI, Wilson, Sonsini, Goodrich & Rosati, P.C., Los Angeles, CA, argued for plaintiff-appellant. Also represented by OLIVIA M. KIM; ADAM WILLIAM BURROWBRIDGE, Washington, DC.

JOHN C. THOMAS, III, Beck & Thomas, PC, Pittsburgh, PA, argued for defendant-appellee. Also represented by RICHARD T. TING.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* BRYSON and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


March 17, 2017                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court